UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| DONESHA WALLS : | Crim. No. 09-452 (SRC) |

This matter having been opened to the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Donesha Walls ("Defendant") (Frank Arleo, Esq., appearing); and Defendant having been sworn on October 19, 2010, and pled guilty on the record to Violation No. 3 alleged in the Petition filed by the United States Probation Department on September 7, 2010, and Defendant having offered a satisfactory factual basis to support her plea of guilty on October 19, 2010; and the United States having moved for the dismissal of the remaining violations alleged in the Petition; and the Court having adjourned the sentencing date in this matter to March 14, 2011, and Defendant having successfully completed a 120-day period of electronic monitoring between approximately October 19, 2010 and February 18, 2011; and for the reasons stated on the record on October 19, 2010 and March 14, 2011; and for good cause shown,

IT IS on this 22 day of March, 2010,

**ORDERED** that, the Court hereby accepts Defendant's plea of guilty to Violation No. 3, as alleged in the petition filed by the United States Probation Department on September 7, 2010, and, finds Defendant **GUILTY** of that violation and in violation of the conditions of Supervised

Release as imposed on November 16, 2009; and it is further,

**ORDERED** that, Defendant's Supervised Release shall be and hereby is **REVOKED**; and it is further,

**ORDERED** that, Defendant is sentenced to a term of five years' Supervised Release and shall comply with all standards and conditions as originally imposed on November 16, 2009; and it is further,

**ORDERED** that, the remaining violations alleged in the Petition filed by the United States Probation Department on September 7, 2010, shall be and are hereby, **DISMISSED**.

HONORABLE STANLEY R. CHESLER
United States District Judge